No. 1420, Misc. COOLACK *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 1358, Misc. ARMPRIESTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1421, Misc. DEARINGER *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1423, Misc. SCHLETTE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1429, Misc. LEEPER *v.* BIRZGALIS, STATE HOSPITAL SUPERINTENDENT. Sup. Ct. Mich. Certiorari denied.

No. 1436, Misc. JULIANO *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1438, Misc. BEAMS, ADMINISTRATOR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Claude H. Rosenstein* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Crombie J. D. Garrett,* and *Carolyn R. Just* for the United States.

No. 1445, Misc. THEODORE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1449, Misc. GOODWIN *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Richard J. Bruckner* for petitioner.

No. 1462, Misc. WOOD *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.